**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-1992**

---

In re: SCOTT E. LUELLEN,

            Petitioner.

---

On Petition for Writ of Mandamus.
(1:08-cr-00102-LO-1; 1:09-cv-00681-LO)

---

Submitted:  January 31, 2012          Decided:  February 2, 2012

---

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Scott E. Luellen, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott E. Luellen petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A § 2255 (West Supp. 2011) motion. The district court has now ruled on Luellen's § 2255 motion. Thus, we find that Luellen's petition alleging delay is moot. Accordingly, we deny the mandamus petition. We grant Luellen's motions to file an oversize brief and to proceed in forma pauperis, and deny his motions for a transcript at Government expense, for a certificate of appealability, to amend/correct his mandamus petition, and to clarify. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2